AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ozeias Luiz Guilherme | ) | Case No. |
| | ) | 24-mj-302-01-AJ |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 14, 2024** in the county of **Hillsborough** in the District of **New Hampshire**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591(a)(1), (b)(1) and §1594 | Attempted sex trafficking of a minor |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

/s/ Lori Robinson
*Complainant's signature*

Lori Robinson, HSI, Special Agent
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Nov 15, 2024**

*Judge's signature*

City and state: Concord, New Hampshire — Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*